1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  KIMBERLY E. HOPKINS (MABN 668608)
   Assistant United States Attorney
5     450 Golden Gate Ave., Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7200
      Fax: (415) 436-7234
7     E-Mail: kimberly.hopkins@usdoj.gov

8  Attorneys for Plaintiff

9
                      UNITED STATES DISTRICT COURT
10
                     NORTHERN DISTRICT OF CALIFORNIA
11

12 | UNITED STATES OF AMERICA,           )  No. 12  6284
                                         )
13 |              Plaintiff,              )
                                         )  WARRANT OF ARREST OF PROPERTY
14 |        v.                            )              IN REM
                                         )
15 | APPROXIMATELY $169,920 IN UNITED    )
   | STATES CURRENCY;                    )
16 | APPROXIMATELY $50,010 IN UNITED     )
   | STATES CURRENCY; ONE (1) 18 FOOT    )
17 | TANDEM AXLE TRAILER; REAL           )
   | PROPERTY AND IMPROVEMENTS           )
18 | LOCATED AT APN # 214-111-007-000,   )
   | 214-112-004-000, 214-115-016-000, 214- )
19 | 116-001-000, HUMBOLDT COUNTY, CA    )
                                         )
20 |              Defendants.             )
                                         )
21 |_____)

22      TO:    ANY DEPUTY UNITED STATES MARSHAL OR ANY SPECIAL AGENT OF
               DRUG ENFORCEMENT ADMINISTRATION:
23

24      YOU ARE HEREBY COMMANDED to arrest and seize the defendant $169,920 in United

25  States Currency and maintain custody of same pursuant to 19 U.S.C. § 1605 until further Order

26  of the Court.

27      Claimants of the above-described currency which is the subject of this action shall file

28  their claims with the Clerk of the Court, Northern District of California, 450 Golden Gate Ave.,

1  16th floor, San Francisco, California 94102 and serve a copy thereof upon the United States
2  Attorney, Attention: Kimberly E. Hopkins, Assistant United States Attorney, U.S. Attorney's
3  Office, 450 Golden Gate Ave., 11th floor, San Francisco, California 94102, within 35 days after
4  the date of service of the complaint in accordance with Rule G(5) of the Supplemental Rules for
5  Admiralty or Maritime and Asset Forfeiture Claims or within 30 days after the date of final
6  publication of the Notice of Forfeiture Action, whichever is earlier and answers to the Complaint
7  shall be filed and served within twenty-one (21) days thereafter or within such additional time as
8  may be allowed by the Court.

Dated:                                    RICHARD W. WEIKING
                                          United States District Clerk

                                          By: **Helen L. Almacen**

WARRANT OF ARREST OF PROPERTY IN REM                                                              2